ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215219)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Tel: (415) 436-7204
    Fax: (415) 436-7234
    daniel.kassabian@usdoj.gov

Attorneys for United States of America

HENRY Y. KU (pro per)
2917 Macdonald Avenue
Richmond, CA 94804-3009
Tel: (415) 305-7533
hkuesq@gmail.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-00139-RS |
| Plaintiff, | **STIPULATION TO EXTEND SURRENDER DATE FOR HENRY KU TO OCTOBER 28, 2024 AND ORDER** |
| v. | |
| HENRY KU, | |
| Defendant. | |

The United States and defendant Henry Ku hereby stipulate and agree as follows:

1. The Court originally set a surrender date of February 26, 2024, extended to July 31, 2024 and extended to September 30, 2024 for Mr. Ku. [ECF 212, 237 & 244.]

2. On October 22, 2024 Mr. Ku is scheduled for a follow-up medical appointment, after undergoing a serious medical procedure on September 24, 2024. Mr. Ku is still recovering and will receive medication for a newly discovered medical condition in the follow-up appointment. Consequently, the Government and Mr. Ku jointly request that Mr. Ku's surrender date be extended to October 28, 2024 to effectuate this medical treatment.

STIP. AND ORDER RE: DEF.'S SURRENDER DATE 1 Case No. CR 21-00139-RS

3. This will be the final request for extension by Mr. Ku.

IT IS SO STIPULATED.

Dated: September 27, 2024

ISMAIL J. RAMSEY
United States Attorney

/S/
DANIEL N. KASSABIAN
Assistant United States Attorney

/S/
HENRY Y. KU
Defendant

**ORDER**

Based upon the facts set forth in the stipulation of the parties it is HEREBY ORDERED that the surrender date for Henry Ku be extended and rescheduled to October 28, 2024.

IT IS SO ORDERED.

DATED: 9/27/2024

RICHARD SEEBORG
Chief United States District Judge

STIP. AND ORDER RE: DEF.'S SURRENDER DATE 2 Case No. CR 21-00139-RS